## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL J. FRISCHENMEYER, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION** |
| ) | |
| v. ) | No.  07-1206-MLB |
| ) | |
| GARY STEED, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the court is U.S. Magistrate Judge Donald Bostwick's Memorandum and Order of April 11, 2008 (Doc. 6).  Magistrate Judge Bostwick recommends to this court that plaintiff's claims against defendants Gary Steed, Brandon Poland and Michael Sullivan be allowed to proceed but that the claims against the remaining defendants be dismissed.  In his Memorandum and Order, Judge Bostwick notified plaintiff that  he had thirty days to file objections and that his failure to do so will bar review by this court.  On April 29, 2008, plaintiff responded to Judge Bostwick's order by supplying the addresses of defendants Steed, Poland and Sullivan (Doc. 7). Plaintiff did not object to Judge Bostwick's recommendation that the claims against all other defendants be dismissed.  Judge Bostwick's recommendation is approved and the claims against all defendants except Steed, Poland and Sullivan are dismissed, with prejudice.

Plaintiff is reminded of his obligation to periodically inspect the court file to determine whether proper service has been effected and to proceed accordingly with his case.  Plaintiff is admonished that  his pro se status does not relieve him of his duty to comply in

all respects with the Federal Rules of Civil Procedure, the rules of this court and this court's standing orders, all of which may be accessed at www.ksd.uscourts.gov.  Failure to comply with the rules and with the orders of this court can result in sanctions, including dismissal of the case.

     IT IS SO ORDERED.

     Dated this   22nd   day of May 2008, at Wichita, Kansas.

                                s/ Monti Belot
                                Monti L. Belot
                                UNITED STATES DISTRICT JUDGE